BEFORE THE THIRD DIVISION, OCTOBER 25, 1956

No. 60307.—United China & Glass Co. *v.* United States, protest 270938–K/14615 (New Orleans).

Opinion by JOHNSON, J. It was orally stipulated that the merchandise, described as leaf bonbons, valued at $2.36 per dozen pieces, was not tableware; that duty was assessed on said merchandise inadvertently at 70 percent ad valorem and 10 cents per dozen pieces; and that, if the entry were now before the collector for review, he would return the leaf bonbons as claimed. In view of this stipulation, the claim of the plaintiff was sustained.

OCTOBER 24, 1956

No. 60308.—SUIT 4892.—United States *v.* M. Pressner & Co.— C. D. 1784. (Appeal dismissed September 28, 1956.)

BEFORE THE FIRST DIVISION, NOVEMBER 1, 1956

No. 60309.—The Otto Gerdau Co. *v.* United States, protest 294836–K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of bamboo fishing poles similar in all material respects to those the subject of Abstract 59620, the claim of the plaintiff was sustained.